

# Fourth Court of Appeals
## San Antonio, Texas

January 9, 2020

Nos. 04-18-00802-CR & 04-18-00803-CR

Kenton Lance **LIGHT**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 216th Judicial District Court, Gillespie County, Texas
Trial Court Nos. 6330 & 6328
Honorable N. Keith Williams, Judge Presiding

# O R D E R

The Appellant's Second Unopposed Motion for Extension of Time to File Motion for Panel And En Banc rehearing is hereby GRANTED. Time is extended to February 5, 2020.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 9th day of January, 2020.

_Michael A. Cruz_
MICHAEL A. CRUZ,
Clerk of Court